# EXHIBIT A

# Rochester Institute of Technology
## Sexual Harassment, Discrimination and Sexual Misconduct Reporting

*Submitted on July 29, 2022 at 5:49:26 pm EDT. Last modified July 29, 2022 at 6:13:56 pm EDT.*

| | |
|---|---|
| Nature | **Nature** |
| Urgency | **Urgency** |
| Incident Date and Time | **2021-09-11 1:00 AM** |
| Incident Location | **Off Campus** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |

Reported by

| | |
|---|---|
| Name: | **Michelle Carney (she/hers)** |
| Title: | **Student** |
| Email: | ▇▇▇▇▇ |
| Phone | ▇▇▇▇ |
| Address: | ▇▇▇▇▇▇ |

Involved Parties

**Michelle Carney** ▇▇▇
Complainant                          Woman

**Marcel Koszkul** ▇▇▇
Respondent

Questions

What happened?
**I was sexually assaulted/raped by Marcel at his house during a party he was hosting for our team (we both row for the rowing team)**

What is the best way to contact you?
**Email, or by phone typically before 12:45 p.m**

*Pending IR #00036662*
*Submitted from 65.246.72.73 and routed to Stacy DeRooy (Director of Title IX and Clery Compliance)*
*Modified by Stacy DeRooy on July 29, 2022 at 6:13:56 pm EDT from 67.253.169.134*
*Copies originally to: alsrla@rit.edu,cmfcae@rit.edu,drlcae@rit.edu*