| | |
|---|---|
| Law Office of Richard A. Altman<br>150 East 56th Street, Suite 12B<br>New York, New York 10022 | Tel. and Fax 212.633.0123<br>altmanlaw@earthlink.net<br>artesq@earthlink.net<br>www.altmanlaw.nyc |

September 22, 2023

BY ECF
Hon. Jessica G. L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: *Koszkul v. Carney*, Case No. 1:23-cv-06439-JGLC

Your Honor:

  I represent the plaintiff. On September 15, 2023, defendant filed a motion to dismiss this action. Pursuant to the Court's Civil Rule 4e, please be advised that plaintiff intends to file an amended complaint as of right, and will do so by October 6, 2023.

  I appreciate the Court's attention.

            Respectfully,

            Richard A. Altman