| | |
|---|---|
| Law Office of Richard A. Altman<br>150 East 56th Street, Suite 12B<br>New York, New York 10022 | Tel. and Fax 212.633.0123<br>altmanlaw@earthlink.net<br>artesq@earthlink.net<br>www.altmanlaw.nyc |

October 11, 2023

BY ECF
Hon. Jessica G. L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: *Koszkul v. Carney*, Case No. 1:23-cv-06439-JGLC

Your Honor:

      I represent the plaintiff. On October 6, 2023, I filed an amended complaint in this action. That was 21 days after defendant filed her motion to dismiss, and thus timely, pursuant to Rule 15(a)(1)(B). Yesterday the Clerk's Office rejected it as being untimely (I believe incorrectly), and because I had not signed it. I have just signed and re-filed it, and pursuant to Your Honor's rules, I attach to this letter a red-lined copy, showing the changes from the original complaint.

      I appreciate the Court's attention.

                                      Respectfully,

                                      Richard A. Altman